BELNORD APARTMENT CORPORATION, JOHN H. CARPENTER, ALLEN L. HAWSE and CHAUNCEY F. KINGSLEY, Respondents, and LOUIS K. LIGGETT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT G. SPARROW, Respondent, v. JACK STEIN and Others, Defendants. BELNORD APARTMENT CORPORATION and Others, Respondents, and LOUIS K. LIGGETT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT G. SPARROW v. JACK STEIN and Others.— Motion to dismiss appeal denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT G. SPARROW v. JACK STEIN and Others.— Motion to dismiss appeal denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT G. SPARROW v. JACK STEIN and Others, Impleaded with LOUIS K. LIGGETT COMPANY.— Motion denied and stay vacated.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proving the Last Will and Testament of HANS HOHNER, Deceased.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition to Probate the Last Will and Testament of HANS HOHNER, Deceased.— Order, so far as appealed from, reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES DOUGLAS and Another, Respondents, v. HECTOR POLK, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order.  No opinion. Settle order on notice.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LILIAN SALMOND, Respondent, v. FELIX SALMOND, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BLANCHE S. BEARDSLEY, Respondent, v. WILLIAM H. BEARDSLEY, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEE A. OCHS, Respondent, v. SOUTHERN TIER THEATRE COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD D. GREENWALD, Respondent, v. GOTHAM SILK HOSIERY Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD D. GREENWALD, Respondent, v. GOTHAM SILK HOSIERY Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley JJ.

FRANK CARROLL, Appellant, v. BORDEN'S FARM PRODUCTS Co., INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, in so far as it relates to ownership and control of

45

the automobile involved in the action. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADAMS REALTY COMPANY, Appellant, v. FIFTH AVENUE COACH COMPANY, INC., Respondent, and FRANCES LUTZ, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KONSTANTIN E. SUNYGIN, as Sole Surviving Partner, etc., Appellant, v. EAGLE LOCK COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KONSTANTIN E. SUNYGIN, as Sole Surviving Partner, etc., Appellant, v. EAGLE LOCK COMPANY, Respondent.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LERNER STORES CORPORATION, Appellant, v. LERNER LADIES APPAREL SHOP, INC., MORRIS SIGAL and ISIDORE SIGAL, Defendants, Impleaded with ABRAHAM SIGAL, Respondent. ABRAHAM LERNER, Respondent.— Order reversed, with ten dollars costs and disbursements, and a reference ordered before Hon. William P. Burr, official referee, to take proof as to whether or not a violation of the injunction order herein was in fact committed. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL WALKER, Appellant, v. SILVER AND GOLD REALTY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM FREDERICK HOPPE, Respondent, v. ALICE BEATRICE HOPPE, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANCES KORN, Respondent, v. ALEXANDER KORN, Appellant.— Order, so far as appealed from, modified by granting the motion in full unless plaintiff, within five days after service of order, file a stipulation to the effect that she will rely only on the allegations of the 2d paragraph of the complaint; if such stipulation be not so filed, the particulars demanded in items 2, 3 and 4 of the notice of motion are required to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRED WELLS, Appellant, v. RAY H. ARNOLD, Individually and Doing Business as R. H. Arnold Co., and Also as ARNOLD AND COMPANY, NEWPORT ENGINEERING COMPANY and FEDERAL HOME MORTGAGE COMPANY, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY ROSENFIELD, Appellant, v. NORMAN RUBBER Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KING-MOELLER COMPANY (INCORPORATED), Respondent, v. LIBERTY BAKING CORPORATION, Defendant, Impleaded with IVAN B. NORDHEM, Appellant.— Order so far as appealed from, affirmed, with ten dollars costs and disbursements. The